# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>**NORTHWOOD PROPERTIES, LLC,**<br><br>                              **Debtor** | Chapter 11<br>Case No. 05-18880-RS |

## MEMORANDUM OF DECISION ON
## MOTIONS FOR RECONSIDERATION
## AND FOR CLARIFICATION AND A WRITTEN DECISION

      Before the Court are the Motion for Reconsideration by Sidney Bourne, Claudio Delise, and Ralph Tyler of Certain July 18, 2006 Decisions to Correct Manifest Errors of Fact and of the Law Pursuant to Rule 9023 and the Motion for Reconsideration by Sidney Bourne and Claudio Delise of the July 18, 2006 Phasing Rights Decision to Correct Manifest Errors of Fact and of the Law Pursuant to Rule 9023 and Request for Clarification and a Written Decision.  The Court finds no manifest error of fact or law in the findings and rulings on the phasing rights motion that it announced on the record.  *In re Wedgestone Financial*, 142 B.R. 7 (Bankr.D.Mass. 1992).  Therefore, reconsideration is denied.  The Court believes those findings and rulings are adequate to the decision on the phasing rights motion; therefore, clarification is not required.  And having carefully stated its findings and rulings on the record, the Court also sees no need for issuance of a written decision, which would (in any event) amount to nothing more than a transcription of what the Court read into the record.  Insofar as a transcript is already available, a written memorandum of decision would be superfluous.  For these reasons, a separate order will enter denying the present motions.

Date: August 9, 2006                                            /s/ Robert Somma
                                                                 Robert Somma
                                                                 United States Bankruptcy Judge

cc:  Mr. Ralph Tyler
      Mr. Claudio Delise
      Mr. Sidney Bourne
      Alan Braunstein, Esq., for Debtor
      Donald Farrell, Esq., for Northwood at Sudbury Condominium Trust